Same case below, 357 Fed. Appx. 310.

**No. 09-1541. Vietnam Veterans of America, et al., Petitioners v. Eric K. Shinseki, Secretary of Veterans Affairs.**

562 U.S. 839, 131 S. Ct. 195, 178 L. Ed. 2d 44, 2010 U.S. LEXIS 5994.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 389 U.S. App. D.C. 392, 599 F.3d 654.

**No. 09-1542. Zinnia I. Chen, et al., Petitioners v. Kenneth R. Lester, Jr., et al.**

562 U.S. 839, 131 S. Ct. 199, 178 L. Ed. 2d 44, 2010 U.S. LEXIS 6088.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 364 Fed. Appx. 531.

**No. 09-1543. Mealdey Suong, Petitioner v. Eric H. Holder, Jr., Attorney General.**

562 U.S. 839, 131 S. Ct. 199, 178 L. Ed. 2d 44, 2010 U.S. LEXIS 6075.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 374 Fed. Appx. 708.

**No. 09-1545. Nahzy A. Buck, Petitioner v. Thomas M. Cooley Law School.**

562 U.S. 839, 131 S. Ct. 200, 178 L. Ed. 2d 44, 2010 U.S. LEXIS 5989.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 597 F.3d 812.

**No. 09-1546. W.R. Grace & Co., et al., Petitioners v. Margaret Chakarian, et al.**

562 U.S. 839, 131 S. Ct. 200, 178 L. Ed. 2d 44, 2010 U.S. LEXIS 5827.

**No. 09-1547. Tony L. Kelly, Petitioner v. Old Dominion Freight Line, Inc.**

562 U.S. 839, 131 S. Ct. 200, 178 L. Ed. 2d 44, 2010 U.S. LEXIS 5845,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 376 Fed. Appx. 909.